**KEVIN H. KONO**, OSB #023528
kevinkono@dwt.com
**CHRIS SWIFT**, OSB #154291
chrisswift@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

**FREDERICK B. BURNSIDE**, OSB #096617
fredburnside@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8016
Facsimile: (206) 757-7700

   Attorneys for Defendant
   Mission Rock Residential LLC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GRETA IVIE; HEIDI JOHNSTONE; KAREN KEENAN; DONA ACTIS; SUSAN PURVINE; COY LAY; JAMES MILLER; SANDRA WILLIAMS; TERI STEVENS; RONALD MASON; ELIZABETH SMITH; SARA SANFORD;**<br><br>PLAINTIFFS,<br><br>v.<br><br>**MISSION ROCK RESIDENTIAL LLC,**<br><br>DEFENDANT. | Case No. 3:21-cv-01122-SB<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Page 1 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

4883-8558-8548v.1 0113870-000002

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

Plaintiffs and Defendant hereby stipulate under Fed. R. Civ. P. 41(a)(2) to dismissal of all of Plaintiffs' claims against Defendant with prejudice and without any award of costs or fees to either party.

Based on the stipulation of the parties, it is hereby:

ORDERED AND ADJUDGED that all of Plaintiffs' claims against Defendant are dismissed with prejudice and without fees or costs to any party.

DATED this _____ day of December, 2022.

 

                                            Hon. Stacie F. Beckerman
                                            U. S. Magistrate Judge

**IT IS SO STIPULATED:**

| OLSEN DAINES | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By _*[signature]*_____ | By _*[signature]*_____ |
| Michael Fuller, OSB #093570 | Kevin H. Kono, OSB #023528 |
| michael@underdoglawyer.com | kevinkono@dwt.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |

Page 2 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

4883-8558-8548v.1 0113870-000002

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax